Jason D. Smith, Esq. (NBN 9691)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel: (702) 408-3400
Email: jdsmith@spencerfane.com

David Timmins *(admitted pro hac vice)*
Texas Bar No. 00785106
Grant Figari *(admitted pro hac vice)*
Texas Bar No. 24119480
SPENCER FANE LLP
2200 Ross Ave., Suite 1700
Dallas, TX 75201
Tel: (214) 750-3610
Email: dtimmins@spencerfane.com
gfigari@spencerfane.com

*Attorneys for Defendant The Continental Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY MAYBORNE,<br><br>Plaintiff,<br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Civil Action No. 2:26-cv-02497-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE (ECF NO. 16)**<br><br>**(FIRST REQUEST)** |

Defendant The Continental Insurance Company and Plaintiff Troy Mayborne (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. On September 29, 2026, the Court ordered that Defendant show cause why this action should not be remanded to the state court for lack of subject matter jurisdiction (the "Order to Show Cause") (ECF No. 16).

2. The Order to Show Cause provides that a failure to timely respond and show cause by October 16, 2026, will result in remand of this action to state court.

3. The Parties recently reached an agreement to settle this matter in it entirety and are currently preparing the settlement agreement. The Parties anticipate that the settlement agreement will be finalized and dismissal documents submitted within the next thirty (30) days.

4. In light of the settlement, the Parties request a postponement on the briefing for the Order to Show Cause.

5. The Parties stipulate and agree that Defendant's deadline to respond to the Order to Show Cause shall be extended by (45) days to November 30, 2026.

6. This is the first request to extend this deadline.

7. This stipulation is submitted in good faith and not for purposes of delay. As stated above, the Parties have reached a settlement and wish to conserve the resources of the Parties and the Court.

**IT IS SO STIPULATED.**

DATED this 8th day of October 2026.

**SOUTHWEST INJURY LAW, PLLC**

*/s/ Luis A. Ayon*

Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge, Suite 120
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (602) 900-9947
Email: laa@swinjurylaw.com

*Attorney for Plaintiff*

DATED this 8th day of October 2026.

**SPENCER FANE LLP**

*/s/ Jason D. Smith*

Jason D. Smith, Esq. (NBN 9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: jdsmith@spencerfane.com

David H. Timmins (admitted *pro hac vice*)
Email: dtimmins@spencerfane.com
Grant M. Figari (admitted *pro hac vice*)
Email: gfigari@spencerfane.com
2200 Ross Avenue, Suite 1700
Dallas, Texas 75201
Tel.: (214) 750-3610 / Fax: (214) 750-3612

*Attorneys for Defendant*
*The Continental Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 9, 2026