Jason D. Smith, Esq.
Nevada Bar No. 9691
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel: (702) 408-3400
Email: jdsmith@spencerfane.com

David Timmins *(admitted pro hac vice)*
Texas Bar No. 00785106
Grant Figari *(admitted pro hac vice)*
Texas Bar No. 24119480
SPENCER FANE LLP
2200 Ross Ave., Suite 1700
Dallas, TX 75201
Tel: (214) 750-3610
Email: dtimmins@spencerfane.com
gfigari@spencerfane.com

*Attorneys for Defendant The Continental Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY MAYBORNE,<br><br>Plaintiff,<br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Civil Action No. 2:26-cv-02497-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE (ECF NO. 16)**<br><br>**(SECOND REQUEST)** |

Defendant The Continental Insurance Company and Plaintiff Troy Mayborne (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. On September 29, 2026, the Court ordered that Defendant show cause why this action should not be remanded to the state court for lack of subject matter jurisdiction (the "Order to Show Cause") (ECF No. 16).

2. The Parties recently reached an agreement to settle this matter in its entirety and are currently negotiating and drafting the settlement agreement, which also involves negotiation with a third-party lienholder for the resolution of the lien.

3. The Parties request a further postponement of the briefing on the Order to Show Cause so that the settlement agreement can be finalized, which should result in dismissal of this suit and render the Order to Show Cause moot.

4. The Order to Show Cause originally required a response by October 16, 2026. The Court granted the Parties' previous stipulation and order, extending Defendant's deadline to respond to the Order to Show Cause to November 30, 2026. (ECF No. 20).

5. The Parties are continuing to negotiate the terms of the settlement agreement between themselves and the third-party lienholder, which has taken longer than the Parties anticipated. Defendant has provided a draft of the settlement agreement to Plaintiff's counsel, who has been conferring with the lienholder. The Parties anticipate that the negotiations will be finalized and dismissal documents submitted within the next forty-five (45) days.

6. The Parties submit that good cause exists to further extend the deadline for Defendant to respond to the Order to Show Cause because the settlement is nearly complete and the Parties do not anticipate any further litigation on this dispute.

7. The Parties request an additional 45 days for Defendant to respond to the Order to Show Cause, extending the current deadline from November 30, 2026 to January 15, 2027.

8. This is the second request to extend this deadline.

/ / /

/ / /

/ / /

9. This stipulation is submitted in good faith and not for purposes of delay. As stated above, the Parties have reached a settlement and wish to conserve the resources of the Parties and the Court.

**IT IS SO STIPULATED.**

DATED this 16th day of November 2026.

**SOUTHWEST INJURY LAW, PLLC**

*/s/ Luis A. Ayon*

Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge, Suite 120
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (602) 900-9947
Email: laa@swinjurylaw.com

*Attorney for Plaintiff*

DATED this 16th day of November 2026.

**SPENCER FANE LLP**

*/s/ Jason D. Smith*

Jason D. Smith, Esq. (NBN 9691)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: jdsmith@spencerfane.com

David H. Timmins (admitted pro hac vice)
Texas Bar No. 00785106
dtimmins@spencerfane.com
Grant M. Figari (admitted pro hac vice)
Texas Bar No. 24119480
gfigari@spencerfane.com
SPENCER FANE LLP
2200 Ross Avenue, Suite 1700
Dallas, Texas 75201
Telephone: (214) 750-3610
Facsimile: (214) 750-3612

*Attorneys for Defendant*
*The Continental Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: November 18, 2026